

# U.S. District Court

## California Northern - Oakland

Receipt Date: Jan 31, 2025 10:42AM

ANDY H. DUONG
4320 VIEW CREST COURT
OAKLAND, CA 94619

Rcpt. No: 411018384                    Trans. Date: Jan 31, 2025 10:42AM                    Cashier ID: #KO

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 800 | Non Cash Collateral | DCAN425CR00003 /04<br>DEFENDANT<br>**FBO**: ANDY HUNG DUONG | 1 | 0.00 | 0.00 |

| CD | Tender | | | | Amt |
|----|--------|--|--|--|-----|
| NCC | Non-cash | | | | $0.00 |

| | Amt |
|--|-----|
| Total Due Prior to Payment: | $0.00 |
| Total Tendered: | $0.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments**: DCAN425CR00003-YGR-04 FBO - ANDY HUNG DUONG DEED OF TRUST #2025014365

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.