PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
MOLLY PRIEDEMAN (CABN 302096)
LLOYD FARNHAM (CABN 202231)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3717
    FAX: (510) 637-3724
    Abraham.fine@usdoj.gov
    Molly.priedeman@usdoj.gov
    Lloyd.farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 25-CR-0003-YGR |
|     Plaintiff, | STIPULATION RE BRIEFING SCHEDULE ON MOTION TO MODIFY FILTER PROTOCOL AND [PROPOSED] ORDER |
|   v. | |
| DAVID TRUNG DUONG, | |
|     Defendant. | |

1  On March 19, 2025, Defendant David Duong filed a motion to modify the government's filter

2  protocol (Dkt. No. 49).  Counsel for Defendant and the government have conferred and agree to the

3  following briefing schedule on the pending motion:

4  • April 3, 2025 – Government's response due

5  • April 10, 2025 – Defendant's reply due

6  • April 24 at 10:30am – Motion hearing

7

8  **IT IS SO STIPULATED.**                    PATRICK D. ROBBINS
                                               Acting United States Attorney
9

10

11  Dated: March 20, 2025                    ____/s/_____
                                            ABRAHAM FINE
12                                          MOLLY K. PRIEDEMAN
                                            LLOYD FARNHAM
13                                          Assistant United States Attorneys

14

15

16                                          ____/s/_____
                                            NEAL STEPHENS
17                                          JEFFREY SCHENK
                                            ED SWANSON
18                                          AUGUST GUGELMANN
                                            Counsel for Defendant David Duong
19

20

21  **IT IS SO ORDERED.**

22  Dated:                                  _____

23                                          YVONNE GONZALEZ ROGERS
                                            United States District Judge
24

25

26

27

28