Edward W. Swanson (SBN 159859)
August Gugelmann (SBN 240544)
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9100
Email:  ed@smllp.law
Email:  august@smllp.law

Neal J. Stephens (SBN 152071)
Jeffrey B. Schenk (SBN 234355)
Thao Donnelly (SBN 355632)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
Email:  nstephens@jonesday.com
Email:  jbschenk@jonesday.com
Email:  tdonnelly@jonesday.com

Attorneys for Defendant DAVID DUONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br>　　vs.<br>SHENG THAO, et al.,<br>　　　　　　　　　　　Defendants. | Case No. CR 25-0003 YGR<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE** |

　　　The defendants in the above-captioned matter and the United States hereby stipulate and agree as follows:

　　　1)　　The parties are scheduled to appear for a status conference on June 26, 2025. On June 24, the government made a further production of discovery. To allow the government to continue production and the defense to continue its review of the materials produced, the parties request that the status conference be continued to August 14, 2025.

1  2) The parties agree that time should be excluded under the Speedy Trial Act
2  through August 14, 2025 to allow for the effective preparation of defense counsel. *See* 18 U.S.C.
3  § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by
4  excluding time from computation under the Speedy Trial Act outweigh the best interests of the
5  public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).
6  IT IS SO STIPULATED.
7  Dated: June 25, 2025

/s/
Edward W. Swanson
August Gugelmann
Neal J. Stephens
Jeffrey B. Schenk
Counsel for David Duong

/s/
Jeffrey Tsai
Counsel for Sheng Thao

/s/
Mark Goldrosen
Shawn Halbert
Counsel for Andre Jones

/s/
Winston Chan
Douglas Sprague
Erik Babcock
Counsel for Andy Duong

/s/
Abraham Fine
Molly K. Priedeman
Lloyd Farnham
Assistant United States Attorneys

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED. The matter is continued to August 14, 2025 at 10:00 a.m. The Court finds that failing to exclude time through August 14, 2025 would unreasonably deny defense counsel time for effective preparation, taking into account the exercise of due diligence, and that the ends of justice served by excluding time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). Accordingly, it is further ORDERED that time is excluded under the Speedy Trial Act through August 14, 2025.

Dated: _____

                                                _____
Hon. Yvonne Gonzalez Rogers
United States District Court