W. Douglas Sprague (SBN 202121)
COVINGTON & BURLING LLP
415 Mission St., Suite 5400
San Francisco, California 94105
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: dsprague@cov.com

Winston Y. Chan (SBN 214884)
GIBSON, DUNN & CRUTCHER
One Embarcadero Center, #2600
San Francisco, California 94111
Telephone: (415) 393-8200
Facsimile: (415) 374-8460
Email: wchan@gibsondunn.com

Erik Babcock (SBN 172517)
LAW OFFICES OF ERIK BABCOCK
420 3rd Street, Suite 250
Oakland, California 94607
Telephone: (510) 452-8400
Facsimile: (510) 201-2084
Email: erik@babcocklawoffice.com

Attorneys for Defendant Andy Duong

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:25-cr-00003-YGR-4 [KAW] |
| Plaintiff, | **STIPULATION AND ORDER TO TEMPORARILY MODIFY CONDITIONS OF RELEASE** |
| v. | |
| ANDY DUONG, | |
| Defendant. | |

Defendant Andy Duong and the United States hereby stipulate and agree as follows:

1) Mr. Duong made his initial appearance on January 17, 2025. The court set conditions of release, including that Mr. Duong not travel outside the Northern and Eastern Districts of California.

///

2) Mr. Duong wishes to travel to San Diego, California, from August 7-12, 2025. The purpose of the trip is a family summer vacation. Mr. Duong will be accompanied by his older children.

3) The parties stipulate and agree that Mr. Duong's travel restrictions should be temporarily modified to permit Mr. Duong to travel to San Diego from August 7, 2025, through August 12, 2025.

4) Pretrial Services Officer Reanna Agah has no objection to the proposed travel, provided that Mr. Duong provides Officer Agah with Mr. Duong's flight and hotel information prior to departing for San Diego; Mr. Duong, through his counsel, will do so.

**IT IS SO STIPULATED**.

Dated: July 29, 2025

/s/ W. Douglas Sprague
W. Douglas Sprague
COVINGTON & BURLING
Winston Y. Chan
GIBSON, DUNN, & CRUTCHER
Erik Babcock
LAW OFFICES OF ERIK BABCOKC
Attorneys for Andy Duong

/s/ Abraham Fine
Abraham Fine
Assistant United States Attorney

**ORDER**

Pursuant to stipulation, Mr. Andy Duong's conditions of release are temporarily modified to permit him to travel to San Diego, California, from August 7, 2025, through August 12, 2025. Mr. Duong's counsel shall provide Mr. Duong's flight and hotel information to Pretrial Services prior to August 7, 2025.

IT IS SO ORDERED.

Dated: <u>July 29, 2025</u>

Honorable Kandis A. Westmore
United States Magistrate Court