CRAIG MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
MOLLY PRIEDEMAN (CABN 302096)
LLOYD FARNHAM (CABN 202231)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3717
    FAX: (510) 637-3724
    Abraham.fine@usdoj.gov
    Molly.priedeman@usdoj.gov
    Lloyd.farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID TRUNG DUONG,<br><br>    Defendant. | CASE NO. CR 25-CR-0003-YGR<br><br>UNITED STATES' OPPOSITION TO DEFENDANT DAVID DUONG'S MOTION TO TRAVEL TO VIETNAM |

1        The government respectfully opposes Defendant David Duong's motion to modify his conditions

2   of pretrial release to travel to Vietnam for the reasons the government set forth on the record during the

3   September 22, 2025, hearing before the Honorable Kandis A. Westmore.

4

5   DATED:  November 21, 2025                    Respectfully submitted,

6                                               CRAIG H. MISSAKIAN
                                                United States Attorney
7

8                                               ___/s/_____
                                                ABRAHAM FINE
9                                               MOLLY K. PRIEDEMAN
                                                LLOYD FARNHAM
10                                              Assistant United States Attorneys

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OPPOSITION TO MOTION TO TRAVEL          2
CR 25-CR-0003-YGR