1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ABRAHAM FINE (CABN 292647)
   MOLLY PRIEDEMAN (CABN 302096)
5  LLOYD FARNHAM (CABN 202231)
   Assistant United States Attorneys
6
          1301 Clay Street, Suite 340S
7         Oakland, California 94612
          Telephone: (510) 637-3717
8         FAX: (510) 637-3724
          Abraham.fine@usdoj.gov
9         Molly.priedeman@usdoj.gov
          Lloyd.farnham@usdoj.gov
10
   Attorneys for United States of America
11
                          UNITED STATES DISTRICT COURT
12
                         NORTHERN DISTRICT OF CALIFORNIA
13
                                  OAKLAND DIVISION
14

15
   | UNITED STATES OF AMERICA, | Case No. 25-CR-0003-YGR |
   |---|---|
   | Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE FROM JANUARY 28, 2026, TO FEBRUARY 4, 2026, AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT THROUGH OCTOBER 19, 2026 |
   | v. | |
   | SHENG THAO, ANDRE JONES, DAVID TRUNG DUONG, and ANDY HUNG DUONG, | |
   | Defendants. | |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME
25-CR-0003 YGR                                                                 1

1    At the status conference held on November 20, 2025, the Court set a trial date in the above-captioned case for October 19, 2026, with jury selection to commence the week before. The Court also set a scheduling conference for January 28, 2026, and ordered the parties to file proposed case schedules by January 14, 2026. Two of government counsel, however, are unavailable on January 28, 2026. Accordingly, all parties hereby stipulate and agree to continue the scheduling conference to February 4, 2026, at 10:00am and to file proposed case schedules by January 21, 2026.

At the November 20, 2025, status conference the Court also excluded time under the Speedy Trial Act through January 28, 2026, and requested that the parties file a written stipulation and proposed order excluding time through the trial date based on the need for effective preparation as well as the complexity of the case. Accordingly, the government and counsel for all defendants agree that time be excluded under the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing significant amount of discovery already produced. For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until October 19, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that this case is complex within the meaning of the Speedy Trial Act due to the number of defendants and the significant amount of discovery in the case. *See* 18 U.S.C. § 3161(h)(7)(B)(ii). The parties further stipulate and agree that the ends of justice served by excluding the time from January 28, 2026, through October 19, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorneys certify that they have obtained approval from counsel for the defendants to file this stipulation and proposed order.

**IT IS SO STIPULATED**                    CRAIG H. MISSAKIAN
                                            United States Attorney

Dated: January 12, 2026                     ____/s/_____
                                            ABRAHAM FINE
                                            MOLLY K. PRIEDEMAN
                                            LLOYD FARNHAM
                                            Assistant United States Attorneys

```
                                        ___/s/_____
                                        JEFFREY TSAI
                                        DARRYL TARVER
                                        Counsel for Defendant Sheng Thao


                                        ___/s/_____
                                        MARK GOLDROSEN
                                        SHAWN HALBERT
                                        Counsel for Defendant Andre Jones


                                        ___/s/_____
                                        ED SWANSON
                                        AUGUST GUGELMANN
                                        NEAL STEPHENS
                                        JEFFREY SCHENK
                                        Counsel for Defendant David Duong

                                        ___/s/_____
                                        WINSTON CHAN
                                        DOGULAS SPRAGUE
                                        ERIK BABCOCK
                                        Counsel for Defendant Andy Duong
```

**[PROPOSED] ORDER**

The January 28, 2026, scheduling conference is hereby continued to February 4, 2026, at 10:00am. The parties shall file proposed case schedules by January 21, 2026.

Furthermore, based upon the facts set forth in the stipulation of the parties and the representations made to the Court on November 20, 2025, and for good cause shown, the Court finds that failing to exclude the time from January 28, 2026, through October 19, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that this case is complex within the meaning of the Speedy Trial Act due to the number of defendants and the significant amount of discovery in the case. *See* 18 U.S.C. § 3161(h)(7)(B)(ii). The Court further finds that the ends of justice served by excluding the time from January 28, 2026, to October 19, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from January 28, 2026, through October 19, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(ii), (B)(iv).

IT IS SO ORDERED.

DATED: _____

                                                        YVONNE GONZALEZ ROGERS
                                                        United States District Judge