MARK GOLDROSEN (CSBN 101731)
255 Kansas St Ste 340
San Francisco, CA 94103-5154
Tel: 415-565-9600 | Fax: 415-565-9601
Email: markgoldro@aol.com

SHAWN HALBERT (CSBN 179023)
217 Leidesdorff Street
San Francisco, California 94111
Tel: (415) 515-1570
Email: shawn@shawnhalbertlaw.com

Attorney for Defendant
ANDRE JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SHENG THAO,<br>ANDRE JONES,<br>DAVID TRUNG DUONG, and<br>ANDY HUNG DUONG,<br><br>    Defendants. | Case No. 25-CR-0003-YGR<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON DEFENDANTS' MOTIONS TO SUPPRESS AND RELATED JOINDERS FROM FEBRUARY 19, 2026 TO MARCH 5, 2026 AT 10:00 A.M.; AS AMENDED |

The hearing date for defendants' Motions to Suppress and related Joinders is currently set for February 19, 2026 at 9:30 a.m. Due to the unavailability of several defense counsel on that date, the parties respectfully request that the hearing date be continued to March 5, 2026 at 10:00 a.m.

Counsel for Mr. Jones certify that they have obtained approval from counsel for the government

/ / /

/ / /

/ / /

/ / /

and all co-defendants to file this stipulation and proposed order.

| | |
|---|---|
| **IT IS SO STIPULATED** | CRAIG H. MISSAKIAN<br>United States Attorney |
| Dated: January 14, 2026 | _____<br>JEFFREY TSAI<br>DARRYL TARVER<br>Counsel for Defendant Sheng Thao |
| | _____<br>MARK GOLDROSEN<br>SHAWN HALBERT<br>Counsel for Defendant Andre Jones |
| | _____<br>ED SWANSON<br>AUGUST GUGELMANN<br>NEAL STEPHENS<br>JEFFREY SCHENK<br>Counsel for Defendant David Duong |
| | _____<br>WINSTON CHAN<br>DOUGLAS SPRAGUE<br>ERIK BABCOCK<br>Counsel for Defendant Andy Duong |
| | _____<br>ABRAHAM FINE<br>MOLLY K. PRIEDEMAN<br>LLOYD FARNHAM<br>Assistant United States Attorneys |

1  **[PROPOSED] ORDER; AS AMENDED**

2  The hearing on defendants' Motion to Suppress and related Joinders is hereby continued from

3  February 19, 2026 at 9:30 a.m. to March 5, 2026, at 10:00am.

5  IT IS SO ORDERED.

7  DATED: __January 16, 2026__

_____
YVONNE GONZALEZ ROGERS
United States District Judge